IRENE E. LEWIS, an Infant, by Her Guardian ad Litem, LEDDIE A. LEWIS, Respondent, v. ABRAHAM P. SEIGEL and MAURICE ROE, Appellants, and Another.— Judgment and order affirmed, with costs. Hill, P. J., Rhodes and Heffernan, JJ.,

---

* Affd., 263 N. Y. 657.  † Affd., 263 N. Y. 618.  ‡ Affd., 263 N. Y. 110.

concur; Crapser and Bliss, JJ., concur in affirmance as to defendant Seigel, but dissent and vote for reversal and dismissal as to defendant Roe.